

January 12, 2024

Keith Weaver, Executive Vice President

Uncle Nearest, Inc.

3125 US 231 N

Shelbyville, Tennessee 37160

Via email: Keith.Weaver@UncleNearest.com

Dear Keith,

As provided under Article VI, Section 6.2 of the Credit Agreement dated July 22, 2023, would you please provide us the following information:

- Copies of all current distributorship agreements and a list of any distributorship relationships that are subject to current negotiations.
- Estimated delivery date and case count for inventory deliveries expected during Q1 and Q2 2024.
- Invoices for all barrel purchase and barrel storage for each month of 2023.
- The current Accounts Payable aging.
- The current Accounts Receivable aging.
- All deposit, checking and investment account statements for each month of 2023.
- Neilson depletion and velocity data for 2023.

Sincerely,

Brian Klatt

Vice President Corporate Originations

> EXHIBIT
> 15