DocuSign Envelope ID: 10A884A9-E3AC-4F5F-82AF-8494055562B5

**FARM CREDIT MID-AMERICA, PCA**
**12501 Lakefront Place**
**Louisville, KY 40299**

February 5, 2024

Uncle Nearest, Inc.
3125 US 231 N
Shelbyville, TN 37160
Attention of Chief Financial Officer

> Re:  Credit Agreement dated as of July 22, 2022 (as amended, restated, supplemented or otherwise modified from time to time, the "Credit Agreement") among UNCLE NEAREST, INC., a Delaware corporation (the "Company"), NEAREST GREEN DISTILLERY, INC., a Delaware corporation ("Distillery"), UNCLE NEAREST REAL ESTATE HOLDINGS, LLC, a Tennessee limited liability company ("RE Holdings" and, together with the Company and Distillery, collectively, the "Borrowers" and each, a "Borrower"), FARM CREDIT MID-AMERICA, PCA, in its capacity as administrative agent (in such capacity, the "Administrative Agent"), and each of the lenders party thereto (collectively, the "Lenders").

Dear Ladies and Gentlemen:

As the Administrative Agent previously advised in the Reservation of Rights letter dated January 19, 2024 (the "Reservation of Rights"), an Event of Default has occurred and is continuing as a result of the failure of the Borrowers to pay interest owing under the Credit Agreement on January 2, 2024 (the "Existing Default"). We would like to acknowledge and confirm that we received the payment in the amount of $1,519,542.92 on February 1, 2024, and to thank you for making the payment.

While we appreciate the payment, please note, that the late payment did not cure the Existing Default and, as set forth in the Reservation of Rights, as a result of the continuing Existing Default, (a) the Borrowers remain prohibited from taking certain actions and/or engaging in certain transactions, which such prohibitions are more particularly set forth in the Credit Agreement, (b) the Default Rate remains in effect in accordance with the terms of the Credit Agreement, and (c) the Administrative Agent, the Lenders and/or the Required Lenders may proceed to enforce any and all of their respective rights under, or in respect of, the Credit Agreement, the other Loan Documents and applicable Law. For the avoidance of doubt, the Administrative Agent continues to reserve all rights and remedies under the Loan Documents as further set forth in the Reservation of Rights. The acceptance of the payment on February 1, 2024 nor any forbearance or delay in exercising any such right or remedy shall not constitute a waiver of such right or remedy or any other right or remedy available under the Loan Documents or applicable Law.

Additionally, we would like to speak with you promptly about various issues, to include:

- Continuing Default Rate in effect and whether and how the Existing Default may be addressed;
- An onsite inspection of your financial and operational records, which may require the assistance of an independent contractor at Borrowers' expense;
- A reconciliation of inventory records provided by Tennessee Distilling Group, LLC and the most-recent inventory report provided by Borrowers;
- Application of Borrowers' 2023 patronage payment;

> **EXHIBIT**
> **17**

DocuSign Envelope ID: 10A884A9-E3AC-4F5F-82AF-8494055562B5

- Any other payments to vendors or other parties that may be past due; and
- Incomplete information provided to-date in response to previous requests.

We would also like to reiterate how important an open line of communication is to the parties' ability to work productively to resolve issues that arise under the Credit Agreement. Accordingly, please contact Derrick Waggoner ((502) 649-4756) or Brian Klatt ((303) 550-8463) at your earliest convenience to discuss these issues and any others that you feel would be helpful for the parties to discuss. We look forward to continuing to work with you.

[Signature page follows.]

2

DocuSign Envelope ID: 10A884A9-E3AC-4F5F-82AF-8494055562B5

Very truly yours,

FARM CREDIT MID-AMERICA, PCA, as Administrative Agent

DocuSigned by:

*Brian Klatt*

By: _____

Name:   Brian Klatt

Title:   Vice President Corporate Originations

RESERVATION OF RIGHTS LETTER
Signature Page