FARM CREDIT MID-AMERICA, PCA,

    Plaintiff,

    v.

UNCLE NEAREST, INC.,
NEAREST GREEN DISTILLERY, INC.,
UNCLE NEAREST REAL ESTATE
HOLDINGS, LLC,
FAWN WEAVER AND
KEITH WEAVER,

    Defendants.

1:25-MC-91408

**NOTICE OF ORDER APPOINTING RECEIVER
PURSUANT TO 28 U.S.C. § 754**

by
United States District Court
Eastern District of Tennessee
Case No. 4:25-cv-00038-CEA-CHS

On July 28, 2025, Plaintiff filed a Complaint against Defendants in the United States

District Court for the Eastern District of Tennessee. (*See* D.I. 1.) On August 22, 2025, the United

States District Court for the Eastern District of Tennessee entered an order appointing Phillip G.

Young, Jr. of Thompson Burton, PLLC ("Receiver") as receiver. (*See* D.I. 1-27.)

28 U.S.C. § 754 states the appointed Receiver shall "within ten days after the entry of his

order of appointment, file copies of the complaint and such order of appointment in the district

court for each district in which property is located." On August 29, 2025, and in accordance with

28 U.S.C. § 754, Receiver, through counsel, filed true and accurate copies of the Verified

Complaint and Request for Appointment of Receiver (D.I. 1.) and Order Appointing Receiver

(D.I. 1-27) in this Court.

<div style="margin-left:50%">

Respectfully submitted,

PHILLIP G. YOUNG, JR., Court Appointed Receiver

By his attorney,

*/s/ Micah W. Miller*
Micah W. Miller (BBO# 676189)
mmiller@nutter.com
Nutter McClennen & Fish LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

</div>

Dated: September 12, 2025